IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CRISTIAN ANDRES PENUELA CARLOS,<br><br>          Plaintiff,<br>vs.<br><br>PAMELA BONDI, KRISTI NOEM, TODD LYONS, ALEXANDER SANCHEZ,<br><br>          Defendants. | NO.9:25-CV-00249-MJT-ZJH |

## ORDER SETTING STATUS CONFERENCE

This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pre-trial management. On November 1, 2025, Plaintiff Christian Andres Penuela Carlos filed a *Motion to Expedite* (Doc. No. 9) requesting a status conference as soon as possible to address Petitioner's Order to Show Cause for his Writ of Habeas Corpus.

It is, therefore, **ORDERED** that Carlos's *Motion to Expedite* (Doc. No. 9) is **GRANTED** and a telephonic status conference is set before the undersigned on **Tuesday, November 4, at 9:00 a.m.** The undersigned's law clerk will provide call-in information via email.

SIGNED this 3rd day of November, 2025.

_____
Zack Hawthorn
United States Magistrate Judge